1  Marc Van Der Hout (California Bar # 80778)
   Stacey L. Gartland (California Bar #184694)
2  Beth Feinberg (California Bar # 240857)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone: (415) 981-3000
   Facsimile: (415) 981-3003
5  Email: ndca@vblaw.com
6
7  Attorneys for Plaintiff
   Haiqi CHEN
8

9              UNITED STATES DISTRICT COURT FOR THE

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  Haiqi CHEN                                    Case No. _____

14       Plaintiff,

15       v.                                       **Declaration of Stacey L.
                                                  Gartland in Support of
16  United States Citizenship and Immigration Services    Petition for Writ of
                                                  Mandamus**
17  ("USCIS"); Department of Homeland Security
    ("DHS"); Department of Justice ("DOJ"); Federal    Immigration Case, Administrative
18  Bureau of Investigation ("FBI")               Procedure Act Case

19       Defendants.                              Agency No.: A97 346 394

20

21

22

23

24

25

26

27

28

Dec. of Stacey L. Gartland

## DECLARATION OF STACEY L. GARTLAND

I, Stacey L. Gartland, hereby declare the following:

1. I am an Associate Attorney at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. I have personal knowledge of the enclosed documents because Van Der Hout, Brigagliano & Nightingale, LLP represents Plaintiff Haiqi Chen ("Chen") in his immigration matters. I make this declaration in support of Chen's Petition for Writ of Mandamus.

2. Chen is a national of China and a citizen of Canada. He earned his Bachelor of Science degree in Physics from the University of Science and Technology of China in Hefei, China, his Masters of Science degree in Astrophysics from the Beijing Astronomical Observatory in Beijing, China, and his Ph.D. in Astrophysics from the University of Western Ontario in Ontario, Canada. Chen has worked as a senior level technology project leader for @Road, Inc. in Fremont, California since January 2000. He has maintained lawful immigration status at all times while in the United States.

3. On July 3, 2003, Chen filed an employment-based Application to Adjust Status (Form I-485) ("adjustment of status application") with the USCIS California Service Center. Copies of Chen's adjustment of status application and Receipt Notice are attached as Exhibit A.

4. On November 2, 2004, Chen, through counsel, contacted the USCIS California Service Center via electronic mail to inquire about the status of his adjustment of status application. Chen did not receive a response to this first inquiry. A copy of Chen's inquiry and USCIS' response is attached as Exhibit B.

5. On November 17, 2004, Chen, through counsel, again contacted the USCIS California Service Center via electronic mail to inquire about the status of his adjustment of status application. On December 15, 2004, Chen received a response to this inquiry from Kathleen

Bergey. California Service Center Adjudications Officer, stating that Chen's case was undergoing a detailed review. See Exhibit B.

6. On June 14, 2005, almost two years after Chen had filed his adjustment of status application. Chen, through counsel. again contacted the USCIS California Service Center via electronic mail as to inquire about the status of his application. Chen informed me that he did not receive a response to this inquiry. See Exhibit B.

7. On July 13, 2005. Chen, through counsel, contacted the USCIS California Service Center via electronic mail for a fourth time to inquire as to the status of his adjustment of status application. Chen informed me that he did not receive a response to this inquiry either. See Exhibit B.

8. On December 12, 2005, Chen mailed a letter to United States Senator Barbara Boxer to ask for help to determine the status of his background security check. A copy of Chen's letter is attached as Exhibit C.

9. On February 10. 2006. Chen called the USCIS National Customer Service Center to inquire about the status of his adjustment of status application. On March 7. 2006. Chen received a letter from the USCIS California Service Center stating that the processing of his case has been delayed. as the required investigation into his background remains open. A copy of the USCIS letter dated March 7, 2006 is attached as Exhibit D.

10. On September 25. 2006, Chen, through counsel, contacted the USCIS California Service Center yet again via electronic mail to inquire as the status of his adjustment of status application. On September 26, 2006. T. Le of the USCIS California Service Center confirmed by email that Chen's FBI background security check had yet to be cleared, and that until it is cleared. Chen's adjustment of status application will not be adjudicated. See Exhibit B.

11. On June 8, 2006, Chen contacted United States Congressman Pete Stark to ask for assistance in determining the status of his background security check. On August 16, 2006, Chen received a reply letter from Congressman Stark, stating that according to the FBI, Chen's name check was still pending. A copy of the letter from Congressman Stark's office is attached as Exhibit E.

12. On September 6, 2006, Chen contacted United States Senator Diane Feinstein to ask for help in expediting the completion of his background security check. On December 8, 2006, Chen received a response from Senator Feinstein's office, stating that Chen's FBI name check was still pending. A copy of the letter from Senator Feinstein's office is attached as Exhibit F.

13. The USCIS website shows that as of April 18, 2007, the agency is currently processing employment-based adjustment of status applications received on or before September 11, 2006. A computer printout showing the USCIS Processing Dates is attached as Exhibit G.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge. Executed this 8th day of May, 2007 at San Francisco, California.

Stacey L. Gartland

EXHIBIT A

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>WAC-03-205-53173 | | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>July 3, 2003 | **PRIORITY DATE** | **APPLICANT** A97 346 394<br>CHEN, HAIQI |
| **NOTICE DATE**<br>July 7, 2003 | **PAGE**<br>1 of 1 | |

JOCELYNE J. KIM LEW
JOCELYNE J KIM LEW A PROF LAW CORP
RE: HAIQI CHEN
2055 WOODSIDE RD STE 150
REDWOOD CITY CA 94061-3347

Notice Type:  Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct
          beneficiary of immigrant
          petition

The above application or petition has been received.  It usually takes 160 to 180 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# CALIFORNIA SERVICE CENTER
## DIRECT FILING ADJUSTMENT OF STATUS CHECKLIST
### (Lilac)

DATE: <u>07-02-2003</u>

I-485 FILED BASED ON AN APPROVED
■ I-140
[ ] I-526
[ ] I-360 (RELIGIOUS WORKER)

**ATTORNEY (If applicable):** <u>JOCELYNE J. KIM LEW</u>

PRINCIPAL APPLICANT: <u>CHEN, Haiqi</u>

ACCOMPANYING FAMILY MEMBER(S): <u>BA, Xiaohong</u>

<u>CHEN, Matthew Edward</u>

AGE-OUT DEPENDENT: _____ Date of birth: _____
(Submit evidence of dependent's date of birth on age-out case)

**FEES:**
■ I-485 (Age 14 and older) $255          [ ] I-131 $110
[ ] I-485 (Less than 14 years old) $160  [ ] I-765 $120
[ ] I-485 Supplement A $1,000            [ ] I-601 $195
■ Fingerprint fee $50                    [ ] I-212 $195
[ ] I-191 $195
[ ] I-824 $140 (Filed if principal has an I-485 already approved)

EMPLOYMENT BASED: [ ] 1ST  ■ 2ND  [ ] 3RD  [ ] 4TH  [ ] 5TH

PRIORITY DATE: <u>06-08-2001</u>     COUNTRY OF CHARGEABILITY: <u>CHINA</u>

**FORMS AND DOCUMENTS**
The items listed in the left-hand column should be placed in order followed by the additional evidence listed in the right-hand column.

■ G-28, if applicable                        [ ] I-212, I-606 or I-191
■ I-485                                      ■ Copy of passport
[ ] Supplement A (if any)                    ■ Birth certificate and translation, if applicable
■ 2 photographs for I-485                    [ ] Copy of I-20
■ Employment-based visa petition             [ ] Copy of IAP66
   approval notice (I-797 or I-171C)         [ ] I-612 approval notice, (if applicable)
■ Medical Form I-693 and supplement          ■ Evidence of admission and I-94, if any
■ All other supporting documents             [ ] 2 photographs for I-765, if submitted
■ Fingerprints ($50 fee)                     [ ] 2 photographs for I-131, if submitted

Please submit supporting form packages (e.g., I-765, I-131, I-601, I-191, I-212) individually acco-fastened apart from the I-485 package. You are encouraged to submit separate fees for each form submitted.

I-485 Checklist (Rev. 1/9/02)

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

## Form I-485, Application to Register Permanent Resident or Adjust Status

## START HERE - Please Type or Print

### Part 1.  Information About You.

| Family Name | CHEN | Given Name | Haiqi | Middle Initial | NONE |

**Address - C/O**

| Street Number and Name | 45435 Potawatami Drive | Apt. # | |

| City: | Fremont |

| State | CA | Zip Code | 94539 |

| Date of Birth (month/day/year) | 09-11-59 | Country of Birth | CHINA |

| Social Security # | 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 | A # (if any) | NONE |

| Date of Last Arrival (month/day/year) | 08-05-2001 | I-94 # | 564944170 08 |

| Current INS Status | H-1B | Expires on (month/day/year) | 09-30-2003 (Extension pending) |

### Part 2.  Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☑ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice— or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children."

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____
_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | | Receipt |

**Resubmitted**

**Reloc Sent**

**Reloc Rec'd**

**Applicant Interviewed**

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other

**Preference**

**Action Block**

**To be Completed by**
*Attorney or Representative, if any*
■ Fill in box if G-28 is attached to represent the applicant.
VOLAG #
| ATTY State License # | 77-187 |

Continued on back

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information.

| Field | Value |
|---|---|
| City/Town/Village of Birth | Su |
| Current Occupation | Engineer: Project Leader |
| Your Mother's First Name | Xin |
| Your Father's First Name | Tan |

Print your name exactly how it appears on your Arrival/Departure Record (Form I-94): **CHEN, Haiqi**

| Field | Value |
|---|---|
| City/State of Last Entry into the U.S. | San Francisco, CA |
| Were you inspected by a U.S. Immigration Officer? | ■ Yes   □ No |
| In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) | H-1B |
| Nonimmigrant Visa Number | Waived |
| Consulate Where Visa Was Issued | Waived |
| Date Visa Was Issued (month/day/year) | Waived |
| Sex | ■ Male   □ Female |
| Marital Status | ■ Married   □ Single   □ Divorced   □ Widowed |

Have you ever before applied for permanent resident status in the U.S.? □ Yes ■ No. If you checked "Yes," give date and place of filing and final disposition.

List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name (of Birth) | Given Name | Middle Initial | Date of Birth (month/day/year) | Country of Birth | Relationship | A # | Applying with You? |
|---|---|---|---|---|---|---|---|
| BA | Xiaohong | NONE | 04-09-64 | CHINA | Spouse | | ■ Yes □ No |
| CHEN | Matthew | Edward | 04-27-95 | CANADA | Son | | ■ Yes □ No |
| CHEN | Shauna | BA | 12-28-2001 | U.S.A. | Daughter | | □ Yes ■ No |
| | | | | | | | □ Yes □ No |
| | | | | | | | □ Yes □ No |

List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

Canadian Astronomical Society 1989-1994

*Continued on back*

## 13. Processing Information. *(Continued)*

answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily that you are not entitled to adjust your status or register for permanent residence.)

re you ever, in or outside the U.S.:

a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  □ Yes  ■ No

b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  □ Yes  ■ No

c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  □ Yes  ■ No

d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  □ Yes  ■ No

ve you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or nicipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  □ Yes  ■ No

ve you ever:

a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  □ Yes  ■ No

b. engaged in any unlawful commercialized vice, including but not limited to, illegal gambling?  □ Yes  ■ No

c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  □ Yes  ■ No

d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  □ Yes  ■ No

ve you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or financial support, or have you through any means ever assisted or provided any type of material support to, any person or organization ; that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of orist activity?  □ Yes  ■ No

you intend to engage in the U.S. in:

a. espionage?

b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?

c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  □ Yes  ■ No

e you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  □ Yes  ■ No

you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany iy organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or wise participate in the persecution of any person because of race, religion, national origin or political opinion?

e you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person use of race, religion, nationality, ethnic origin or political opinion?  □ Yes  ■ No

e you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, ; you now in exclusion or deportation proceedings?

you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent tation or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other nentation, entry into the U.S. or any immigration benefit?  □ Yes  ■ No

you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  □ Yes  ■ No

you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not iplied with that requirement or obtained a waiver?  □ Yes  ■ No

re now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  □ Yes  ■ No

: plan to practice polygamy in the U.S.?  □ Yes  ■ No

t 4, **Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

/, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

re Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the e Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS mit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my e Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering Selective Service by other means, provided I have not yet reached age 26.

| are | | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|---|
| | Haiqi Chen | 07-02-2003 | (510) 870-1328 |

*Note:* *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

## 5. Signature of Person Preparing Form, If Other Than Above. *(Sign Below)*

re that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| ire | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

ame
tress



S.GPO:1997-430-764/63109

Do not remove. Typewriter is not available, print heavily in dark ink or ball-point pen.
For sale by the U.S. Government Printing Office
Superintendent of Documents Mail Stop: SSOP, Washington, DC 20402-9328

U.S. Department of Justice
Immigration and Naturalization Service

**FORM G-325A**
## BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) CHEN | (First name) Haiqi | (Middle name) NONE | ■ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 09-11-59 | NATIONALITY CANADA | FILE NUMBER A- NONE |

| ALL OTHER NAMES USED (Including names by previous marriages) Harry | CITY AND COUNTRY OF BIRTH Su, China | SOCIAL SECURITY NO. (If any) 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 |

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | CHEN | Tan | 01-04-24 Suqian, China | Huaibei, China |
| MOTHER (Maiden name) | MA | Xin | 05-15-24 Su, China | Huaibei, China |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Wife | BA | Xiaohong | 04-09-64 | Changchun, China | 07-31-87 | Beijing, China |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 45435 Potawatami Drive | Fremont | CA | USA | 05 | 03 | PRESENT TIME | |
| 45442 Potawatami Drive | Fremont | CA | USA | 10 | 01 | 04 | 03 |
| 825 E. Evelyn Ave., Apt. #510 | Sunnyvale | CA | USA | 04 | 99 | 09 | 01 |
| 72 MacEwan Meadow Rise | Calgary | ALBERTA | CANADA | 04 | 94 | 04 | 99 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 72 MacEwan Meadow Rise | Calgary | ALBERTA | CANADA | 04 | 94 | 04 | 99 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| @Roads, Inc. 47200 Bayside Pkwy., Fremont, CA | ENG: Sr.Project Lead. | 04 | 00 | PRESENT TIME | |
| Hynet Technologies, Inc. | Sr. Comp.Syst.Analyst | 06 | 99 | 03 | 00 |
| 1927 Landings Drive, Mountain View, CA 94043 | | | | | |
| MegaSys Computer Technologies | Comp.Syst.Analyst | 08 | 97 | 05 | 99 |
| 6815-8th St. NE, Calgary, Alberta T2E 7H7 CANADA | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ■ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY) | | 07-02-2003 |

| Are all copies legible? ■ Yes | IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE: 陈海崎 |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| CHEN | Haiqi | NONE | NONE |

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
| WAC-03-177-52819 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| May 23, 2003 | June 8, 2001 | ROAD INC |
| NOTICE DATE | PAGE | BENEFICIARY |
| June 16, 2003 | 1 of 1 | CHEN, HAIQI |

JOCELYNE J. KIM LEW
JOCELYNE J KIM LEW A PROFESSIONAL
RE: HAIQI CHEN
2055 WOODSIDE RD STE 150
REDWOOD CITY CA 94061-3347

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg, or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.



I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM LEW, Attorney at Law
2055 Woodside Road, #150 Redwood City, CA 94661
Admitted to practice in the State of California

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

HAiQi  CHEN  (DOB= 09-11- 59)

**LOC Q. DUONG, M.D.**
200 NORTH JACKSON AVENUE
SUITE C
SAN JOSE, CALIFORNIA 95116

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-03-199-52589 | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE<br>June 25, 2003 | PRIORITY DATE |
| | PETITIONER<br>ROAD INC |
| NOTICE DATE<br>November 6, 2003 | PAGE<br>1 of 1 |
| | BENEFICIARY<br>CHEN, HAIQI |

| | |
|---|---|
| JOCELYNE J. KIM LEW<br>JOCELYNE J KIM LEW A PROF LAW CORP<br>RE: HAIQI CHEN<br>2055 WOODSIDE RD STE 150<br>REDWOOD CITY CA 94061-3347 | Notice Type: Approval Notice<br>Class: H1B1<br>Valid from 10/01/2003 to 09/30/2006 |

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change of employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt # WAC-03-199-52589
I-94# 564944170 08
NAME CHEN, HAIQI
CLASS H1B1

VALID FROM 10/01/2003 UNTIL 09/30/2006

PETITIONER: ROAD INC
47200 BAYSIDE PKWY
FREMONT CA 94538

Form I797A (Rev. 09/07/93)N

---

564944170 08

Receipt Number WAC-03-199-52589
Immigration and
Naturalization Service

I-94
Departure Record    Petitioner: ROAD INC

| 14. Family Name<br>CHEN | |
|---|---|
| 15. First (Given) Name<br>HAIQI | 16. Date of Birth<br>09/11/1959 |
| 17. Country of Citizenship<br>CANADA | |

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>WAC-00-232-54524 | CASE TYPE  I129<br>PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE<br>August 9, 2000    PRIORITY DATE | PETITIONER<br>ROAD INC |
| NOTICE DATE<br>September 12, 2000  PAGE 1 of 1 | BENEFICIARY<br>CHEN, HAIQI |

| | |
|---|---|
| JOCELYNE J. KIM LEW<br>JOCELYNE J. KIM LEW A PROF LAW CORP<br>RE: HAIQI CHEN<br>2055 RD STE 150<br>REDWOOD CITY CA 94061-3347 | Notice Type:  Approval Notice<br>Class: H1B1<br>Valid from 10/01/2000 to 09/30/2003 |

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

INMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427
Form I-797A (Rev. 09/07/93)N



---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-00-232-54524
I-94# 259958225 07
NAME CHEN, HAIQI
CLASS H1B1
VALID FROM 10/01/2000 UNTIL 09/30/2003

PETITIONER: ROAD INC
47200 BAYSIDE PKWY
FREMONT CA 94538

259958225 07

Receipt Number WAC-00-232-54524
Immigration and
Naturalization Service
I-94
Departure Record    Petitioner: ROAD INC

| 14. Family Name<br>CHEN | |
|---|---|
| 15. First (Given) Name<br>HAIQI | 16. Date of Birth<br>09/11/1959 |
| 17. Country of Citizenship<br>CHINA, PEOPLE'S REPUBLIC OF | |

Departure Number

**520208783 · 04**

**MULTIPLE ENTRY**

U.S. IMMIGRATION
COG SWE 148

Immigration and
Naturalization Service

**I-94**
**Departure Record**

MAY 22 1999

ADMITTED *TN*

UNTIL *May 21, 2000*

14. Family Name
C H E N

15. First (Given) Name
H A I Q I

16. Birth Date (Day/Mo/Yr)
1 1 0 9 5 9

17. Country of Citizenship
C A N A D A

I certify that I have completed this entry with

Signed

JUL 0 2 2003

San Francisco, CA 94587

Admitted to practice in the State of California

Warning·A nonimmigrant who accepts unauthorized employment is subject to
deportation.

**Important** · Retain this permit in your possession; *you must surrender it when you
leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To
remain past this date, without permission from immigration authorities, is a
violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school,
see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

*Comp Syst Analyst*

Port: _____    **Departure Record**

Date: _____

Carrier: _____

Flight #/Ship Name: _____

SWE 99 052 6 240

Departure Number

**259958225 07**    U.S IMMIGRATION
VANCOUVER, B.C. 242

Immigration and
Naturalization Service    APR 0 8 2000

I-94
Departure Record    ADMITTED
MULTI-ENTRY  UNTIL    TP
CLASS
07 APR 2001

14. Family Name
C.H.E.N.
15. First (Given) Name                                    16. Birth Date (Day/Mo/Yr)
H.A.I.Q.I                                                  1.1.0.9.5.9
17. Country of Citizenship
C.A.N.A.D.A

See Other Side              ENGLISH              **STAPLE HERE**

---

Warning    A nonimmigrant who accepts unauthorized employment is subject to deportation.

Important - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
  - By sea or air, to the transportation line;
  - Across the Canadian border, to a Canadian Official;
  - Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

(a) ROAD, COM                    EMPLOYMENT
FREMONT, CA.                      AUTHORIZED
VCV 000408115 6

Port:                                    Departure Record

Date:

Carrier:

Flight #/Ship Name:

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____    Date JUL 0 2 2003
JOCELYNE J. KIM LAW, Attorney at Law
2055 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California



3    N° VF984218

**ENDORSEMENTS AND LIMITATIONS**
This passport is valid for all countries unless otherwise endorsed (subject to any visa or other entry regulations of countries to be visited).

**MENTIONS ET RESTRICTIONS**
Ce passeport est valable pour tous les pays, sauf indication contraire. (Le titulaire doit également se conformer aux formalités d'entrée des pays où il a l'intention de se rendre.)

(Signature of bearer - Signature du titulaire)

## CANADA



| | | |
|---|---|---|
| PASSPORT PASSEPORT | Type/Type **P** | Issuing country/Pays émetteur **CAN** | Passport No./Nº de passeport **VF984218** |

Surname/Nom
**CHEN**

Given names/Prénoms
**HAIQI**

Nationality/Nationalité
**CANADIAN/CANADIENNE**

Date of birth/Date de naissance
**11 SEPT/SEPT 59**

Sex/Sexe **M**    Place of birth/Lieu de naissance **SU CHN**

Date of issue/Date de délivrance
**04 DEC /DEC 98**    Issuing office/Bureau de délivrance **CALGARY**

Date of expiry/Date d'expiration
**04 DEC /DEC 03**

P<CANCHEN<<HAIQI<<<<<<<<<<<<<<<<<<<<<<<<<<<<
VF984218<2CAN5909119M0312048<<<<<<<<<<<<<<08

I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM LEW, Attorney at Law
2055 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California



I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM ESQ., Attorney at Law
2055 Woodside Road #150 Redwood City, CA 94061
Admitted to practice in the State of California



11

VISAS

U.S. IMMIGRATION
VANCOUVER, B.C.
APR 0 9 2000
ADMITTED 00073000

Ce passeport contient 24 pages.
This passport contains 24 pages.

VISAS

This passport contains 24 pages.
Ce passeport contient 24 pages.

10

I certify that I have compared this copy with
its original and it is a true and complete copy.
Signe _____ Date JUL 0 2 2003
JOCELYN J. KIM GPW, Attorney at Law
205 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California



VL CHN CHEN<<HAIQI<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

VF984218<2CAN5909119M01030481920USAEA2QAAT52

I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM LEW, Attorney at Law
2055 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California

# DEPARTMENT OF JUSTICE
Immigration & Naturalization Service

## PROCESSING SHEET

Application or
Petition Form No. ___I-485___

Filing Date: ___07-02-2003___
File No. ___NONE___

---

**Data Collection for Alien Documentation.**
**Identification & Telecommunications System (ADIT) and I-181**

Please print or type information requested below:

NAME: ___CHEN, Haiqi___

STREET ADDRESS: ___45435 Potawatami Drive___

CITY: ___Fremont___

STATE / ZIP CODE: ___CA/94539___

**SEX**

XX___ Male

___ Female

Date of Birth:

09-11-59

---

| CITY / TOWN / VILLAGE OF BIRTH | Su | COUNTRY OF BIRTH: | CHINA |
|---|---|---|---|
| COUNTRY OF NATIONALITY: | CANADA | COUNTRY OF LAST RESIDENCE: | CANADA |

Marital Status: ___ Single   XX_ Married   ___ Widowed   ___ Divorced   ___ Separated

| OCCUPATION: Engineer: Project Leader | MOTHER'S FIRST NAME: Xin | FATHER'S FIRST NAME: Tan |
|---|---|---|

## DO NOT WRITE BELOW THIS LINE

## CLASSIFICATION

| N.I. class at time of adjustment | H-1B | Year adm. to U.S. or year cng. to present NI class | 2000 | Approval Notice, form I-797: |
|---|---|---|---|---|
| Place last NIV issued (U.S. Consular Post) | Waived | Date of issuance of last NIV | Waived | Classification: EB-2 |
| NUMBER OF LAST NIV | Waived | CLASSIFICATION OF LAST NIV | Waived | Priority Date: 06-08-2001 |
| I-94 NUMBER   564944170 08 | | | | |

WR-703    2211
2/04/95

# 公　　证　　书

## 中华人民共和国浙江省公证处

I certify that I have compared this copy with
its original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM LEW, Attorney at Law
2055 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California

出生公证书

(2003)浙证字第 004442 号

　　兹证明陈海骑，男，于一九五九年九月十一日在安徽省宿县出生。陈海骑的父亲是陈坦，陈海骑的母亲是马新。

中华人民共和国浙江省公证处

公证员 崔梦明

二〇〇三年六月六日



XI03737158



I certify that I have compared this copy
is original and it is a true and complete copy.
Signed _____ Date JUL 0 2 2003
JOCELYNE J. KIM LEW, Attorney at Law
2855 Woodside Road, #150 Redwood City, CA 94061
Admitted to practice in the State of California

NOTARIAL CERTIFICATE

OF BIRTH

(Translation)

(2003)ZZ.Zi,No.004442

This is to certify that Haiqi Chen, male, was born on September 11, 1959 in Su County Anhui Province. His father is Chen Tan and his mother is Ma Xin.

Notary: Cui Xiaoming (Signature)

Zhejiang Notary Public Office (Seal)

The People's Republic of China

June 16, 2003

I 03737174

I certify that I have compared this copy with its original and it is a true and complete copy. Signed _____ Date JUL 02 2003

JOCELYNE J. KIM LEW, Attorney at Law

2053 Woodside Road, #150 Redwood City, CA 94061

Admitted to practice in the State of California

EXHIBIT B

**Chen, Harry**

| | |
|---|---|
| From: | Christine Vecchio [christine@lewslaw.com] |
| Sent: | Tuesday, September 26, 2006 11:38 AM |
| To: | Chen, Harry |
| Cc: | Quigg, Shannon |
| Subject: | Fw: I-485s WAC-03-205-63173 A 97 346 394 et. al. |

Hi Harry,
Please see response from USCIS to Jocelyne's email inquiry.

Regards,
Christine

****************************
Christine Vecchio, Legal Assistant
Jocelyne J. Kim Lew - A Professional Law Corporation
2055 Woodside Rd. Suite #150
Redwood City, CA 94061

Phone: (650) 369-2055
Fax: (650) 369-3285
www.lewslaw.com


>
> -----Original Message-----
> From: CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
> Sent: Tuesday, September 26, 2006 11:27 AM
> To:
> Subject: RE: I-485s WAC-03-205-63173 A 97 346 394 et. al.
>
> Unfortunately, the principal's background security/name check has not
> yet cleared by the FBI as of this date. Only the FBI name check for
> derivative applicant, A 97 346 395, was cleared.  Please note that all
> the riding applications will not be processed until the principal's
> application is processed. However, we have no control of how long it
> takes to the FBI to clear the case.
>
> T Le
> California Service Center
>
> -----Original Message-----
> From: Jocelyne Lew
> Sent: Monday, September 25, 2006 8:49 AM
> To: 'CSC XII 485'
> Subject: RE: I-485s WAC-03-205-63173 A 97 346 394 et. al.
>
> Hi
>
> Please advise if the security clearances have been received in these
> cases.
>
> Principal Applicant:       CHEN, Haiqi
> Receipt No.:               WAC-03-205-53173
> File No.:                  A 97 346 394
>
> Derivative Applicant:      BA, Xiaohong
> Receipt No.:               WAC-03-205-53189
> File No.:                  A 97 346 395
>

1

> Derivative Applicant:   CHEN, Matthew
> Receipt No.:          WAC-03-205-53208
> File No.:             A 97 346 396
>
> Thanks.
>
> JJKL
>
> -----Original Message-----
> From: CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
> Sent: Tuesday, April 18, 2006 7:27 AM
> To:
> Subject: RE: I-485s WAC-03-205-63173 A 97 346 394 et. al.
>
> Our records show that a response to an inquiry made through the
> National Customer Service Center was sent on 03/07/2006.
> Unfortunately, we do not retain copies of inquiry responses for the
> file unless it's item that requires be made part of the record.  In
> this instance, the response may have been that the principal
> applicant's background security check has not yet cleared by the FBI
> as of this date.  We regret to inform you that until the result is
> received the USCIS must suspend further processing on these cases.
> Thank you for your continued patience with this process.
>
> Officer R. Cruz
> California Service Center
> Congressional & Customer Service Relations Division XII
>
> -----Original Message-----
> From: Jocelyne J. Kim Lew > Sent: Monday, April 03, 2006 10:23 AM
> To: 485, CSC XII
> Subject: RE: I-485s WAC-03-205-63173 A 97 346 394 et. al.
>
> Hi
>
> On 03-01-2006 - an inquiry was sent to your office - although the
> on-line system indicates that a response was sent on 03-08-2006 - I
> have no record of receiving a response.
>
> Please advise of the status of the pending I-485s for the Chen family.
>
> Thanks.
>
> JJKL
>
> ***********
>
> Jocelyne J. Kim Lew, Esq.
> Jocelyne J. Kim Lew, A Professional Law Corporation
> http://www.lewslaw.com <http://www.lewslaw.com>
> 2055 Woodside Road #150
> Redwood City, CA 94061
> Phone: (650) 369-2055
> Fax: (650) 369-3285
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS
> MESSAGE IS ATTORNEY WORK-PRODUCT AND AN ATTORNEY-CLIENT COMMUNICATION,
> AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. THANK YOU.
>
>
> -----Original Message-----
> From: Jocelyne J. Kim Lew [
> Sent: Wednesday, March 01, 2006 9:04 AM
> To: 485, CSC XII

```
> Subject: I-485s WAC-03-205-63173 A 97 346 394 et. al.
>
>
> Hi
>
> Principal Applicant:          CHEN, Haiqi
> Receipt No.:                  WAC-03-205-53173
> File No.:                     A 97 346 394
>
> Derivative Applicant:         BA, Xiaohong
> Receipt No.:                  WAC-03-205-53189
> File No.:                     A 97 346 395
>
> Derivative Applicant:         CHEN, Matthew
> Receipt No.:                  WAC-03-205-53208
> File No.:                     A 97 346 396
>
> Dr. Chen and his family filed their adjustment of status applications
> on
> 07-03-2003 - visa numbers became available in February 2006.  Please
> advise of the status of their applications since their cases are
> beyond the processing time reflected on the JIT report.
>
> Thanks.
>
> JJKL
>>
>
> -----Original Message-----
> From: Jocelyne J. Kim Lew [
> Sent: Wednesday, July 13, 2005 7:29 AM
> To: 485, CSC XII
> Subject: Follow up email I-485 WAC-03-205-63173 A 97 346 394 et. al.
> Importance: High
>
>
> Good morning
>
> I have not received a response to the email below which was sent on
> 06-14-2005.
>
> Please advise of the status of these pending adjustments.
>
> Thanks in advance for your attention to these cases.
>
> JJKL
>
> **********
>
> Jocelyne J. Kim Lew, esq.
> Jocelyne J. Kim Lew, A Professional Law Corporation
> http://www.lewslaw.com <http://www.lewslaw.com>
> 2055 Woodside Road #150
> Redwood City, CA 94061
> Phone: (650) 369-2055
> Fax: (650) 369-3285
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS
> MESSAGE IS ATTORNEY WORK-PRODUCT AND AN ATTORNEY-CLIENT COMMUNICATION,
> AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. THANK YOU.
>
>
>
> -----Original Message-----
> From: Jocelyne J. Kim Lew [
```

> Sent: Tuesday, June 14, 2005 5:55 PM
> To: 485, CSC XII
> Subject: 3rd email: I-485 WAC-03-205-63173 A 97 346 394 et. al.
>
>
> Hi
>
> Principal Applicant:        CHEN, Haiqi
> Receipt No.:                WAC-03-205-53173
> File No.:                   A 97 346 394
>
> Derivative Applicant:       BA, Xiaohong
> Receipt No.:                WAC-03-205-53189
> File No.:                   A 97 346 395
>
> Derivative Applicant:       CHEN, Matthew
> Receipt No.:                WAC-03-205-53208
> File No.:                   A 97 346 396
>                               :
> Six months ago - a response to an email inquiry indicated these cases
> were "undergoing detailed review".  (See below)
>
> Please advise of the current status since these cases have now been
> pending for almost 2 years.
>
> Thanks.
>
> JJKL
>
> **********
>
> Jocelyne J. Kim Lew, esq.
> Jocelyne J. Kim Lew, A Professional Law Corporation
> http://www.lewslaw.com <http://www.lewslaw.com>
> 2055 Woodside Road #150
> Redwood City, CA 94061
> Phone: (650) 369-2055
> Fax: (650) 369-3285
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS
> MESSAGE IS ATTORNEY WORK-PRODUCT AND AN ATTORNEY-CLIENT COMMUNICATION,
> AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. THANK YOU.
>
>
>
> -----Original Message-----
> From: 485, CSC XII [mailto:CSC-XII.485@dhs.gov]
> Sent: Wednesday, December 15, 2004 10:02 AM
> To: "Jocelyne J. Kim Lew"
> Subject: Re:2nd email: I-485 WAC-03-205-63173 A 97 346 394 et. al.
>
>
> These cases are undergoing detailed review. Please allow sufficient
> time for processing.
>
> Thank you,
> Kathleen Bergey
> Center Adjudications Officer
> Congressional & Consumer Relations Division XII California Service
> Center
>
> _____Reply Separator_____
> Subject:    2nd email: I-485 WAC-03-205-63173 A 97 346 394 et. al.
> Author: "Jocelyne J. Kim Lew" <
> Date:       11/17/2004 12:05 PM

4

> Hi
>
> A first email inquiry was sent on this case 11-02-2004.  Todate, I
> have not received a response to that inquiry.  Additionally, upon
> checking again the on-line status - it shows the cases are still
> pending.  Please advise.
>
> JJKL
>
> ***********
>
> NOTE: This office will be closed for the Thanksgiving Holiday from
> November
> 22 through 26, inclusive.
>
> Jocelyne J. Kim Lew, esq.
> Jocelyne J. Kim Lew, A Professional Law Corporation
> http://www.lewslaw.com <http://www.lewslaw.com>
> 2055 Woodside Road #150
> Redwood City, CA 94061
> Phone: (650) 369-2055
> Fax: (650) 369-3285
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS
> MESSAGE IS ATTORNEY WORK-PRODUCT AND AN ATTORNEY-CLIENT COMMUNICATION,
> AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. THANK YOU.
>
>
>
> -----Original Message-----
> From: Jocelyne J. Kim Lew [
> Sent: Tuesday, November 02, 2004 9:02 AM
> To: 485, CSC XII
> Subject: I-485 WAC-03-205-63173 A 97 346 394 et. al.
>
>
> Hi
>
> Principal Applicant:     CHEN, Haiqi
> Receipt No.:         WAC-03-205-53173
> File No.:.            A 97 346 394
>
> Derivative Applicant:    BA, Xiaohong
> Receipt No.:         WAC-03-205-53189
> File No.:            A 97 346 395
>
> Derivative Applicant:    CHEN, Matthew
> Receipt No.:         WAC-03-205-53208
> File No.:            A 97 346 396
>
> Dr. Chen and his family filed their adjustment of status applications
> on
> 07-03-2003 - the prints for Dr. Chen and his spouse cleared on
> 09-09-2004 - please advise of the status of their applications since
> their cases are beyond the processing time reflected on the JIT report.
>
> Thanks.
>
> JJKL
>
> ***********
>
> NOTE: This office will be closed for the Thanksgiving Holiday from
> November

EXHIBIT C

December 12, 2005

Barbara Boxer
1700 Montgorey Street, Suite 240
San Francisco, CA 94111

RE:    , Name Checking for I-485s At FBI

Dear Senator Boxer:

We are writing to ask your help on finding out the status for the name checking at FBI for our I-485 applications.        :

We started our process for green cards in the year 2000 and filed our I-485 forms in July 2003. At this point, our applications are still pending. Our immigration layer contacted USCIS in November 2004 and July 2005. In both cases, USCIS responded as "These cases are undergoing detailed review...." From our layer's experience, this indicates that our cases are pending for name checking at FBI. The lengthy waiting for I-485 approval has caused many difficulties for our family. For example the main applicant (Haiqi Chen) has to stay on the ame position for over 6 years; our travel to abroad is very difficulty;

Please help us to find out if the name checking has been completed for us. If not, what us the status. Thanks for your time. We anxiously await your response.

Sincerely,

Haiqi Chen
Xiaohong Ba

```
> 22 through 26, inclusive.
>
> Jocelyne J. Kim Lew, esq.
> Jocelyne J. Kim Lew, A Professional Law Corporation
> http://www.lewslaw.com <http://www.lewslaw.com>
> 2055 Woodside Road #150
> Redwood City, CA 94061
> Phone: (650) 369-2055
> Fax: (650) 369-3285
>
> THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS
> MESSAGE IS ATTORNEY WORK-PRODUCT AND AN ATTORNEY-CLIENT COMMUNICATION,
> AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. THANK YOU.
>
>
>
>
>
```

# EXHIBIT D

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Tuesday, March 7, 2006

HAIQI CHEN
6084 SEQUOIA COURT
PLEASATON CA 94588

Dear Haiqi Chen:

On 02/10/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-03-205-53173 |
| **Beneficiary (if you filed for someone else):** | Chen, Haiqi |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

EXHIBIT E

FORTNEY PETE STARK
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

August 16, 2006

Haiqi Chen
6084 Sequoia Court
Pleasanton, CA 94588

Dear Mr. Chen:

According to the FBI, your name check is still pending. As you may know, the FBI can only inform me whether a name check is pending, completed, or not found. Unfortunately, the checks cannot be expedited, multiple agencies are involved, and the FBI cannot estimate how long a specific clearance can take. Thank you for understanding the limitations of my authority in this matter.

Sincerely,

Pete Stark
Member of Congress

FHS/ibi

EXHIBIT F

DIANNE FEINSTEIN
CALIFORNIA Case 3:07-cv-02482-SC    Document 2    Filed 05/08/2007    Page 41 of 47    COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCE
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

December 8, 2006

Mr. Haiqi Chen
6084 Sequoia Court
Pleasanton, California 94588

Dear Mr. Chen:

The Federal Bureau of Investigation has told me that your name check has been pending since July 31, 2003. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

 LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
619 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
415 393-0707

EXHIBIT G



Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

| Print This Page |   | Back |

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
## Posted April 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.


**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted April 18, 2007

| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | October 14, 2006 |
|------|-----------------------------------------------|---------------------------------|------------------|
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | August 14, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | April 25, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | January 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 22, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | March 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | December 05, 2006 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | December 05, 2006 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | January 13, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | July 15, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | July 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | June 16, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | July 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | August 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 14, 2006 |

| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 29, 2005 |
|-------|-----------------------------------------------------------------------------------------------|------------------------------------------|-------------------|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | March 01, 2004 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | April 15, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | October 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 01, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | December 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | December 05, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 27, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 26, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | September 06, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | February 12, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | February 12, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | January 27, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | January 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | October 14, 2006 |

I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition

Case 3:07-cv-02462-SC    Document 2    Filed 05/08/2007    Page 46 of 47    September 22, 2006

Print This Page | Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

## PROOF OF SERVICE BY MAIL

I, Beth Feinberg, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On May 8, 2007, I caused to be served the within:

**Declaration of Stacey L. Gartland**

**in Support of Petition for Writ of Mandamus**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on May 8, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Beth Feinberg
Declarant