## PROOF OF SERVICE BY MAIL

I, Stacey L. Gartland, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On May 30, 2007, I caused to be served:

## RETURN OF SERVICE

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the U.S. Attorney
> Northern District of California
> 450 Golden Gate Avenue,
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on May 30, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Stacey L. Gartland
Declarant