```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIQI CHEN, ) | |
| ) | No. C 07-2462 EMC |
| Plaintiff, ) | |
| ) | |
| v. ) | ANSWER |
| ) | |
| United States Citizenship and Immigration ) | |
| Services ("USCIS"); Department of Homeland ) | |
| Security ("DHS"); Department of Justice ) | |
| ("DOJ"); Federal Bureau of Investigation ("FBI"),) | |
| ) | |
| Defendants. ) | |

The Defendants hereby submit their answer to Plaintiff's Petition for Writ of Mandamus.

**INTRODUCTION**

1. Defendants admit the allegations in Paragraph One.

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit that plaintiff is a national of China and citizen of Canada; however, defendants are without sufficient information to admit or deny the remaining allegations.

4. Defendants admit that plaintiff filed an employment-based adjustment of status application on July 3, 2003, and the application remains pending. Defendants are without sufficient information to admit or deny the remaining allegations.

5. Defendants admit the first sentence in Paragraph Five; however, defendants deny the

ANSWER
C07-2462 EMC                                      1

remaining allegations in Paragraph Five.

6. Defendants deny the allegations in Paragraph Six.

## JURISDICTION AND VENUE

7. Paragraph Seven consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

8. Paragraph Eight consists of plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, the defendants are without sufficient information to either admit or deny plaintiff's allegations regarding venue.

9. Defendants admit the allegations in Paragraph Nine.

## PARTIES

10. Defendants admit the allegations in Paragraph Ten, with the exception of the last sentence.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants deny the allegations in Paragraph Thirteen.

14. Defendants deny the allegations in Paragraph Fourteen.

## FACTUAL ALLEGATIONS

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in Paragraph Seventeen.

18. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Eighteen as CIS does not generally track or interfile status inquiry information in the alien registration file.

19. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Nineteen as CIS does not generally track or interfile status inquiry information in the alien registration file.

20. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty as CIS does not generally track or interfile status inquiry information in the alien registration file.

21. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty-One as CIS does not generally track or interfile status inquiry information in the alien registration file.

22. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty-Two as CIS does not generally track or interfile status inquiry information in the alien registration file.

23. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty-Three as CIS does not generally track or interfile status inquiry information in the alien registration file.

24. Defendants admit the allegations in Paragraph Twenty-Four.

25. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty-Five as CIS does not generally track or interfile status inquiry information in the alien registration file.

26. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Twenty-Six as CIS does not generally track or interfile status inquiry information in the alien registration file.

27. Defendants admit the first sentence in Paragraph Twenty-Seven; however, defendants deny the remaining allegations in Paragraph Twenty-Seven.

28. Defendants deny the allegations in Paragraph Twenty-Eight.

**CAUSE OF ACTION**

29. Defendants incorporate its responses to Paragraph One through Twenty-Eight as if set forth fully herein.

30. Defendants admit the allegations in Paragraph Thirty.

31. Defendants admit the allegations in Paragraph Thirty-One.

32. Defendants admit the allegations in Paragraph Thirty-Two.

ANSWER
C07-2462 EMC                                              3

1  33. Defendants admit the first sentence in Paragraph Thirty-Three; however, defendants deny the remaining allegations.

2  34. Defendants deny the allegations in Paragraph Thirty-Four.

3  35. Defendants deny the allegations in Paragraph Thirty-Five.

4  36. Defendants deny the allegations in Paragraph Thirty-Six.

5  37. Defendants deny the allegations in Paragraph Thirty-Seven.

**PRAYER FOR RELIEF**

The remaining paragraphs under the heading "Prayer for Relief" consists of plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's petition fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the Petition For Writ of Mandamus for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for defendants and against plaintiff, dismissing plaintiff's Petition with prejudice; that plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: July 9, 2007                    Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                            /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants

ANSWER
C07-2462 EMC                                    4