SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIQI CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States Citizenship and Immigration Services ("USCIS"); Department of Homeland Security ("DHS"); Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI"),<br><br>　　　　　Defendants. | No. C 07-2462 SC<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.  Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from

Parties' Request for ADR Exemption
C07-2462 SC                                          1

1 | participating in the ADR phone conference and any further formal ADR process.

2

3 | Dated: July 25, 2007                    Respectfully submitted,

4 |                                          SCOTT N. SCHOOLS
    |                                          United States Attorney

5

6 |                                          _____/s/_____
    |                                          EDWARD A. OLSEN
    |                                          Assistant United States Attorney
7 |                                          Attorneys for Defendants

8

9 | Dated: July 25, 2007                    _____/s/_____
    |                                          STACEY L. GARTLAND
10 |                                         Attorney for Plaintiff

11 |                                  **ORDER**

12 |     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

13 | Multi-Option Program and are excused from participating in the ADR phone conference and any

14 | further formal ADR process.

15 | **SO ORDERED.**

16

17 | Dated:                                  _____
    |                                          SAMUEL CONTI
18 |                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

Parties' Request for ADR Exemption
C07-2462 SC                              2