1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11
   HAIQI CHEN,                                    )
12                                                )   No. C 07-2462 SC
                   Plaintiff,                     )
13                                                )
           v.                                     )   **PARTIES' JOINT REQUEST TO BE**
14                                                )   **EXEMPT FROM FORMAL ADR**
   United States Citizenship and Immigration      )   **PROCESS**
15 Services ("USCIS"); Department of Homeland     )
   Security ("DHS"); Department of Justice        )
16 ("DOJ"); Federal Bureau of Investigation ("FBI"),)
                                                  )
17                 Defendants.                    )
                                                  )
18

19     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

20 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

21 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

22 options provided by the court and private entities, and considered whether this case might benefit

23 from any of them.  Here, the parties agree that referral to a formal ADR process will not be

24 beneficial because this mandamus action is limited to plaintiff's request that this Court compel

25 defendants to adjudicate the application for adjustment of status.  Given the substance of the action

26 and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

27 unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request

28 the case be removed from the ADR Multi-Option Program and that they be excused from

Parties' Request for ADR Exemption
C07-2462 SC                                       1

participating in the ADR phone conference and any further formal ADR process.

Dated: July 25, 2007                               Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 25, 2007                                /s/
STACEY L. GARTLAND
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:   9/5/07



_____
SAMUEL CONTI
United States District Judge

Parties' Request for ADR Exemption
C07-2462 SC                                        2