UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2462            SAMUEL CONTI            DATE 9/7/07
Case Number          Judge

Title: HAIQI CHEN                vs U.S. CITIZENSHIP & IMMIGRATION

Attorneys:   STACEY GARTLAND        EDWARD OLSEN

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   (  )     (  )   1. Status Conference - Held

(  )    (  )     (  )   2.

(  )    (  )     (  )   3.

(  )    (  )     (  )   4.

(  )    (  )     (  )   5.

(  ) Motion(s): (  ) Granted  (  ) Denied  (  ) Withdrawn

(  ) Granted/Denied  (  ) Off Calendar  (  ) Submitted

Order to be Prepared by: (  ) Pltf  (  ) Deft  (  ) Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____. _____ for Pretrial Conference

Case Continued to _____ for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 11/16/07 @ 10:00 A.M. for Defendant's Motion to Dismiss

ORDERED AFTER HEARING: Motions to be filed by 10/12/07, Opposition due 10/26/07, Reply due 11/2/07.

cc: