```
1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAIQI CHEN, | ) |
| | ) No. C 07-2462 SC |
| Plaintiff, | ) |
| | ) |
| v. | ) **DEFENDANTS' REPLY** |
| | ) |
| United States Citizenship and Immigration | ) Date: November 16, 2007 |
| Services ("USCIS"); Department of Homeland | ) Time: 10:00 a.m. |
| Security ("DHS"); Department of Justice | ) |
| ("DOJ"); Federal Bureau of Investigation ("FBI"), | ) |
| | ) |
| Defendants. | ) |

The defendants recognize that this Court has recently rejected the defendants' arguments that courts lack jurisdiction under the mandamus statute and the APA over actions alleging delays in the processing of an I-485 application, and the defendants' argument that 8 U.S.C. § 1252(a)(2)(B)(ii) strips courts of jurisdiction over discretionary decisions, including the timing of an adjudication of an I-485 application. *See Soneji v. DHS*, 07-2290-SC, 2007 WL 3101660 (N.D. Cal. Oct. 22, 2007). While the defendants respectfully disagree with this Court's analysis, they intend to demonstrate via a motion for summary judgment that any delay in the adjudication of plaintiff's I-485 application has been reasonable.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 2, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | |
| 5 | | /s/ |
| 6 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |

REPLY
C07-2462-SC                                         2