Marc Van Der Hout (California Bar # 80778)
Stacey L. Gartland (California Bar #184694
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiff
Haiqi CHEN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Haiqi CHEN<br><br>    Plaintiff,<br><br>    v.<br><br>United States Citizenship and Immigration Services ("USCIS"); Department of Homeland Security ("DHS"); Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI")<br><br>    Defendants | Case No. C 07-2462 SC<br><br>**STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)**<br><br><u>Immigration Case, Administrative Procedure Act Case</u><br><br>Agency No.:  A 97 346 394 |

Stip. to Dismiss                                                                                                 No. C 07-2462 SC

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Service has adjudicated and granted Plaintiff's Application to Adjust Status (Form 1-485), which was the subject of the pending action.

DATED: February 6, 2008          Respectfully submitted,

_____/s/_____
MARC VAN DER HOUT
Van Der Hout, Brigagliano & Nightingale, LLP
Attorney for Petitioner

DATED:   February 6, 2008        JOSEPH P. RUSSONIELLO
                                 United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Respondents

IT IS SO ORDERED

*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA