Marc Van Der Hout (California Bar # 80778)
Stacey L. Gartland (California Bar #184694
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiff
Haiqi CHEN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Haiqi CHEN<br><br>    Plaintiff,<br><br>    v.<br><br>United States Citizenship and Immigration Services ("USCIS"); Department of Homeland Security ("DHS"); Department of Justice ("DOJ"); Federal Bureau of Investigation ("FBI")<br><br>    Defendants | Case No. C 07-2462 SC<br><br>**STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)**<br><br><u>Immigration Case, Administrative Procedure Act Case</u><br><br>Agency No.: A 97 346 394 |

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Service has adjudicated and granted Plaintiff's Application to Adjust Status (Form 1-485), which was the subject of the pending action.

DATED: February 6, 2008            Respectfully submitted,

                                   _____/s/_____
                                   MARC VAN DER HOUT
                                   Van Der Hout, Brigagliano & Nightingale, LLP
                                   Attorney for Petitioner


DATED: February 6, 2008            JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   _____/s/_____
                                   EDWARD A. OLSEN
                                   Assistant United States Attorney
                                   Attorney for Respondents

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA